THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES H. MULLENS and WILLIAM SOLOMON, Appellants.

Submitted October 2, 1944; decided October 12, 1944.

Motion by respondent for reargument denied. (See 292 N. Y. 408.)

In the Matter of the UNITED STATES OF MEXICO et al., Respondents, against PETER SCHMUCK, a Justice of the Supreme Court of the State of New York, et al., Appellants.

Submitted October 2, 1944; decided October 12, 1944.

Motion by United States of Mexico, respondent, appearing specially, for reargument granted. The general rule that reargument will not be granted in order to afford a party opportunity to submit questions of law which he failed to submit upon the original argument should not be strictly applied where a sovereign State challenges the validity of seizure of its property. (See 293 N. Y. 264.)